# Form 1040 — U.S. Individual Income Tax Return — 2017

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20___.   See separate instructions.

| | |
|---|---|
| Your first name and initial: brock | Last name: fredin |
| Your social security number: 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 | |
| If a joint return, spouse's first name and initial: | Last name: |
| Spouse's social security number: | |
| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. |
| PO BOX 841 | |
| City, town or post office, state, and ZIP code. | |
| Hudson WI 54016 | |

RECEIVED AUG 27 2018 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

Make sure the SSN(s) above and on line 6c are correct.

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☐ Spouse

Boxes checked on 6a and 6b: **1**
No. of children on 6c who: lived with you ___; did not live with you due to divorce or separation ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ **1**

d. Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -5,802. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions — b Taxable amount | 15b |
| 16a | Pensions and annuities — b Taxable amount | 6,804. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits — b Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | -1,998. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid — b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | 400. |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 400. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | -2,398. |

SCANNED AUG 27 2018 U.S. DISTRICT COURT ST. PAUL

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA — Form 1040 (2017)