# Brock Fredin

1905 Iris Bay • Hudson, WI 54016 • Phone: (415) 283-8366 •
E-Mail: brockf12@gmail.com

RECEIVED

AUG 27 2018

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Date: August 27, 2018

**BY ECF AND HAND DELIVERY**

Hon. Magistrate Judge of District Court of Minnesota
United States District Court
316 Robert St N
Saint Paul, MN 55101

Re: *Fredin v. Halberg Criminal Defense et al.*, Fee Waiver

Dear Judge:

I submit this letter in response to a civil complaint dated August 27, 2018. I wish to briefly address the *In Forma Pauperis* actions taken to seek a fee waiver.

Given negative media coverage, I have been unable to secure a position within my career field. In 2017, I had an income of $-2398. I have recently received Wisconsin state funded health care and food stamps. I have attached my 2017 income tax return as proof.

I thank the Court's for its attention to this matter and its continued courtesies.

Respectfully submitted,

/s/ Brock Fredin

Brock Fredin

cc: Halberg Defense (by ECF)
    Christina Zauhar (by ECF)

SCANNED
AUG 27 2018
U.S. DISTRICT COURT ST. PAUL