## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Civ. No. 18-2514 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Halberg Criminal Defense and Christina Zauhar, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

1.   The application to proceed *in forma pauperis* of Plaintiff Brock Fredin is GRANTED.

2.   Fredin must submit a properly completed Marshal Service Form (Form USM-285) for each Defendant. If Fredin does not complete and return the Marshal Service Forms within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Plaintiff by the Court.

3.   After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from Defendants, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4.   If a Defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that Defendant

the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

Dated: September 7, 2018                    *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            United States Magistrate Judge