UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>                    Plaintiff,<br><br>v.<br><br>Halberg Criminal Defense<br>and Christina Zauhar,<br><br>                    Defendants. | Case No. 18-cv-2514 (SRN/HB)<br><br>**REPORT AND RECOMMENDATION** |

HILDY BOWBEER, United States Magistrate Judge

Proceeding *pro se*, Plaintiff Brock Fredin initiated this action against Defendants Halberg Criminal Defense and attorney Christina Zauhar on August 27, 2018. Fredin filed an application to proceed *in forma pauperis* (IFP) with his complaint. In an order dated September 7, 2018, Fredin was granted IFP status and ordered to submit a completed Marshal Service Form (Form USM-285) for each Defendant. (Order at 1, Sept. 7, 2018 [Doc. No. 3].) Fredin was advised that if he did not complete and return the forms by October 7, 2018, the Court would recommend that the matter be dismissed without prejudice for failure to prosecute. The forms were provided to Fredin by the Clerk of Court. [Doc. No. 6.] Fredin did not return the completed forms by October 7, 2018.

On October 31, 2018, Fredin wrote a letter to the Court asking to stay this case (and four others he had commenced in federal court) because he had been sentenced to a one-year term of incarceration and was concerned about his ability to access legal

resources. [Doc. No. 8.] This Court issued an order on November 2, 2018, denying Fredin's request for an indefinite stay but granting a thirty-day extension of any pending deadlines.

On November 26, 2018, the order granting IFP status [Doc. No. 3] and the letter from the Clerk of Court with the blank USM-285 forms [Doc. No. 6] were returned to the Clerk of Court as undeliverable. [Doc. No. 10.] The Clerk of Court re-mailed the order and letter to Fredin at his new address at the Ramsey County Correctional Facility on November 26, 2018. [Doc. No. 10.]

More than thirty days has now passed since the order and letter were re-mailed to Fredin, and he has not returned the completed USM-285 forms, asked for an extension, or otherwise communicated with the Court. Consequently, as forewarned in the Court's Order of September 7, 2018, the Court recommends that this action be dismissed without prejudice for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 11, 2019         s/ *Hildy Bowbeer*
                                HILDY BOWBEER
                                United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals. Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. D. Minn. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).