# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

        Plaintiff,

v.

Halberg Criminal Defense
and Christina Zauhar,

        Defendants.

Civil No. 18-cv-2514 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 25, 2019
                             s/Susan Richard Nelson
                             SUSAN RICHARD NELSON
                             United States District Judge